Philip A. Nuza

```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA


 3


 4     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 5                                      *

 6     ROBIN MCKINNEY AND JEFFREY       *

 7     MCKINNEY, ON BEHALF OF THEIR     * No. 20-1169

 8     SON, BRICE D. MCKINNEY           *

 9                                      *

10          vs.                         *

                                        *

11     SUPERIOR VAN & MOBILITY, LLC,    *

12     AND ELECTRONIC MOBILITY          *

13     CONTROLS, LLC                    *

14                                      *

15     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


16


17


18     VIDEO RECORDED ZOOM DEPOSITION OF PHILIP A. NUZA,


19     Deposition taken with all parties appearing remotely,

20

21     on Tuesday, October 20, 2020, commencing at 9:06 a.m.

22

23

24     Court Reporter:

25     Pamela J. Carle, LCR, RPR, CRR
```

Philip A. Nuza

```
 1                    APPEARANCES

 2    For the Plaintiff:

 3    GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
 4    WARSHAUER
      2800 Enery Centre
 5    1100 Poydras Street
      New Orleans, Louisiana 70163-2800
 6    By:  M. Palmer Lambert, Esquire
           504.522.2304
 7         plambert@gainsben.com
           And
 8         Sonja C. Bradley, Esquire
 9         Post Office Box 727
           20165 Iowa Street
10         Livingston, Louisiana 70754
           225.868.8006
11         sonjabradley@att.net

12    For the Defendant Electronic Van & Mobility, LLC:

13    BLUE WILLIAMS
      3421 N. Causeway Blvd., Suite 900
14    Metairie, Louisiana 70002
      By:  Paul D. Palermo, Esquire
15         504.831.4091
           ppalermo@bluewilliams.com
16
      For the Defendant Superior Van & Mobility, LLC:
17
      LAW OFFICE OF DANIEL R. ATKINSON
18    1300 Millerville Road
19    Baton Rouge, Louisiana 70816
20    By:  Daniel P. Atkinson, Esquire
21         225.272.8844
           danny@dannyatkinson.com
22
23    Videographer:
24    Jesus Alfaro
25
```

Philip A. Nuza

```
 1                       I N D E X
 2    WITNESS:          PHILIP A. NUZA

 3    EXAMINATION:                            PAGE
      By Mr. Lambert                          5/266
 4    By Mr. Atkinson                         246
      By Mr. Palermo                          270
 5
      Marked Question:  Page 69, line 3
 6
      EXHIBITS FOR IDENTIFICATION:
 7    NUZA              DESCRIPTION                   PAGE
      Exhibit 1    Notice of Rule 30(b)(6)            19
 8                 videotaped deposition

 9    Exhibit 2    EMC 00031 and 00029               52

10    Exhibit 3    EMC 20 through EMC 24             57

11    Exhibit 4    EMC 0003                          58

12    Exhibit 5    Picking sheet                     59
13
14    Exhibit 6    7/31/14 invoice, EMC 103-104      62
15
16    Exhibit 7    EMC 106, 126, 114, 115, 131 and   63
                   132
17    Exhibit 8    confidential portion              77
18    Exhibit 9    Superior maintenance log          107
19    Exhibit 13   2017 e-mails between Angelloz      129
                   and EMC
20
      Exhibit 10   SUPERIOR VAN 00004-00008          158
21
      Exhibit 11   AEVIT 2.0 owner's manual          171
22
23    Exhibit 20   EMC00105, return authorization    173

24    Exhibit 21   Photographs EMC 2615 through      183
25                 2623
```

Philip A. Nuza

| | | | |
|---|---|---|---|
| 1 | Exhibit 12 | Photographs EMC 2615 through | 185 |
| 2 | | 2623 | |
| 3 | | | |
| 4 | Exhibit 14 | 2/22/17 McKinney e-mail | 196 |
| 5 | | | |
| 6 | Exhibit 16 | EMC Service Directive | 200 |
| 7 | | | |
| 8 | Exhibit 15 | 4/28/19 photograph | 200 |
| 9 | | | |
| 10 | Exhibit 19 | Electronic Mobility Controls, | 206 |
| 11 | | LLC | |
| 12 | | answers to Plaintiffs' First Set | |
| 13 | | of Interrogatories | |
| 14 | | and Request for Production of | |
| 15 | | Documents | |
| 16 | Exhibit 18 | EMC 04095 through EMC 04111 | 219 |
| 17 | Exhibit 17 | AEVIT Datalogger | 234 |
| 18 | Exhibit 22 | E-mails, EMC 16, 17 and 18 | 241 |
| 19 | Exhibit 23 | Engineer Change Order Master | 266 |
| 20 | | List | |

21

22

23

24

25

Philip A. Nuza

1      do any of that type of training.

2   BY MR. LAMBERT:

3          Q.     I guess what I'm trying to understand

4      is, is there a fail-safe mechanism if the AEVIT

5      system malfunctions?  Is there any way to operate

6      the vehicle without disengaging it?

7                 MR. PALERMO:  Object to form.

8          A.     I don't know what you mean by

9      malfunction.

10  BY MR. LAMBERT:

11         Q.     I'll try to rephrase that.  So if the

12     system freezes, for example, like a computer

13     freezes while you're driving, what can an operator

14     do to avoid a collision?

15                MR. PALERMO:  Object to form.

16         A.     The system -- system can't freeze.  It

17     won't freeze.

18  BY MR. LAMBERT:

19         Q.     Okay, explain to me why.

20         A.     It is just -- it's not possible for

21     that to happen.  It doesn't freeze, like a

22     computer, like if your screen locks up --

23         Q.     It just doesn't do that?

24         A.     -- and nothing responds?  No, there's

25     too many -- too much redundancy and too much safety

Philip A. Nuza

1    built into the system for that to happen.

2         Q.    Okay.  Well, let's talk about that for

3    a minute.  What redundancy in the system prevents

4    that from happening?

5         A.    Prevents it from freezing up?

6         Q.    Correct.

7         A.    Well, it has multiple power sources, it

8    has multiple ground sources.  It has multiple input

9    channels, multiple output channels on the servos.

10   So literally just shy of severing a complete input

11   connector, there just is no way it could happen.

12        Q.    So, if I understand your testimony, the

13   AEVIT system, you don't believe it can freeze or

14   malfunction and make the vehicle not drivable

15   while someone's operating it?

16             MR. PALERMO:  Object to form of the

17   question.

18        A.    Yes, that's correct.

19   BY MR. LAMBERT:

20        Q.    Okay.  So if the system experiences a

21   complete power interruption, what happens?

22        A.    It has its own backup battery that

23   takes over.

24        Q.    Okay, and assuming that backup battery

25   doesn't work, what happens?

Philip A. Nuza

```
 1           A.     If it didn't work, upon boot up of the
 2     AEVIT system it would have been alarming saying
 3     that that battery doesn't work, do not drive the
 4     vehicle.
 5           Q.     Okay.  And I'm assuming that all power
 6     is lost to the AEVIT system, what happens?
 7                  MR. PALERMO:  Object to form of the
 8     question.
 9           A.     I don't know, it's never happened.
10     BY MR. LAMBERT:
11           Q.     Would it be safe to assume that the
12     vehicle would maintain the same inputs at the
13     point of complete power loss?
14                  MR. PALERMO:  Object to the form of the
15     question.
16           A.     Again, I -- I wouldn't want to
17     speculate, I don't know.
18     BY MR. LAMBERT:
19           Q.     Has there been any failure mode in
20     effects analysis to look into what happens, or to
21     design around a complete failure of the AEVIT
22     system?
23                  MR. PALERMO:  Object to form.
24           A.     Like I said, it's been designed, built
25     into the system, that if you were to lose the OEM
```

Philip A. Nuza

1      power, the battery under the hood, and you just

2      chucked it out the window, AEVIT has its own

3      battery.  And AEVIT won't allow you to start the

4      vehicle and drive; if that battery is bad, you

5      would have to ignore a red screen and a very loud

6      alarm.

7   BY MR. LAMBERT:

8         Q.      And is there any way to turn off the

9      red screen or the alarm?

10        A.      No.  Not for that type of an error.

11        Q.      Okay.  Do you know what the code is

12     that pops up if there's a low or no power from the

13     Aux Bat?

14        A.      It would be a low Aux Bat power.

15        Q.      And is there a particular code, or it

16     just says low Aux Bat on the screen?

17        A.      It would say it on the screen.  It

18     would say low Aux Bat.

19        Q.      So getting back to the McKinneys'

20     vehicle, was EMC aware that there were two

21     batteries -- two vehicle batteries in that

22     vehicle?

23        A.      Yes, I believe they purchased an AVPS,

24     which is a dual battery system that we manufacture.

25        Q.      And how does that AVPS system work?

Philip A. Nuza

```
 1         A.      That is correct.

 2         Q.      Once the AEVIT 2.0 system is

 3    manufactured and shipped to Superior for

 4    installation, Superior is instructed by EMC to

 5    follow the installation guides provided by EMC,

 6    correct?

 7         A.      That is correct, yes.

 8         Q.      And I believe you already testified

 9    that EMC is not involved beyond the point of

10    providing the installation guides and providing

11    the modified steering column, right?

12         A.      That is correct.

13         Q.      In the McKinney van modification, did

14    EMC approve any modifications or deviations from

15    the EMC installation manual?

16         A.      No, we would not have.

17                 MR. PALERMO:  Hi Palmer, did we lose

18    you?

19                 MR. LAMBERT:  I'm still here.  I'm

20    trying to word the next question appropriately.

21    BY MR. LAMBERT:

22         Q.      Once Superior was finished installing

23    the EMC components in the McKinney van, is the

24    vehicle tested?

25         A.      You mean is the AEVIT system tested?
```

Philip A. Nuza

```
1            Q.      I'll try and rephrase it.  What testing

2      is done upon completion of the installation of the

3      2.0 AEVIT system?

4            A.      We require a 50-mile test drive to be

5      performed and then there's a QC checklist that the

6      technician is responsible for doing as well.

7            Q.      Is EMC aware that this vehicle, the

8      E-150 purchased by the McKinney family, that it

9      had a tow package?

10           A.      No, I didn't -- we didn't know that.

11           Q.      Are there any warnings provided by EMC

12     to not tow vehicles using the AEVIT 2.0 system?

13           A.      No, not that I'm aware of.

14           Q.      So there's nothing that EMC provides

15     customers with to warn them not to use the towing

16     functions or capabilities of the OEM vehicle?

17           A.      No.

18           Q.      Who makes the decision on how the

19     gas/brake level is mounted in the vehicle?

20           A.      It's between the installing dealer and

21     the evaluator.

22           Q.      And the installing dealer is provided

23     instructions from EMC on the proper mounting and

24     installation of the gas/brake lever, is that

25     right?
```

Phillip A. Nuza

1          A.      Yes, we provide the dealer with

2      instructions on using our installation bracketry

3      and how that is done correctly.

4          Q.      And EMC expects its certified EMC

5      dealers to comply with those instructions on

6      proper installation of the gas/brake controller?

7          A.      Yes.

8          Q.      Are you aware of whether the Superior

9      Van and mobility folks modified the design of the

10     AEVIT 2.0 system in a manner that was inconsistent

11     with EMC's installation guides?

12         A.      I -- I did see some postaccident

13     pictures where there was a modification done to the

14     orthotic.

15         Q.      And can you explain that to me?

16         A.      It appears that there was a long, metal

17     plate that was bolted on top of the input device to

18     extend the Tri-Pin -- it looked like quite a bit

19     back -- from the center pivot point of the input

20     device.

21         Q.      And that, I think we referred to it in

22     one of the depositions as an aluminum bar.  Is

23     that fair enough?

24         A.      I would agree with that.

25         Q.      And that addition of the aluminum bar

Phillip A. Nuza

```
1      is not something that was contemplated in EMC's

2      design of the AEVIT system, correct?

3           A.     That is something that is not approved

4      at all by EMC.

5           Q.     And why is that a problem?

6                  MR. PALERMO:  Object to form.

7           A.     The way that the Tri-Pin is designed

8      for that input device is -- the pivot point, it

9      pivots -- the center mass -- when your hand, it's

10     centered right on the pivot device, so it has a

11     linear motion where it always stays flat traveling

12     forward or traveling aft the center point.

13                 With that long extension on there, it's

14     always going to have a rearward pressure holding

15     the input in the back direction.  If that was

16     something that was an option, we would have

17     designed it that way and made it an option.  It's a

18     very poorly -- poorly designed modification.

19          Q.     And that bar, you understand, was

20     something that Superior manufactured and added to

21     the McKinney vehicle?

22          A.     Yes.

23          Q.     The bar -- I'll call it the aluminum

24     bar.  Again, from an engineering standpoint

25     provides some additional stresses on that
```

Philip A. Nuza

1     be problematic.

2   BY MR. LAMBERT:

3         Q.     But I want to understand, Mr. Nuza, if

4     Mr. Buck's release had anything to do with his

5     workmanship or meeting his duties as an EMC

6     employee?

7         A.     No, it did not.

8         Q.     All right.  Other than these pages, EMC

9     106, 26, 114, 115, 131 and 132, are you aware of

10    any other documents that relate to the testing of

11    the McKinney AEVIT 2.0 controls?

12        A.     No.

13        Q.     Okay.  Did EMC perform any testing of

14    the McKinney vehicle after Superior installed the

15    AEVIT 2.0 system?

16        A.     No, we were -- we were not in

17    possession of the vehicle to perform any tests.

18        Q.     Is it EMC's policy not to do testing of

19    the vehicle after installation?

20             MR. PALERMO:  Object to form.

21        A.     Yeah, we do not do testing on the

22    vehicles unless we've done the install here.

23   BY MR. LAMBERT:

24        Q.     If EMC has done the install, what

25    testing is done after installation of the AEVIT

Philip A. Nuza

1    2.0 system?

2         A.    A quality control checklist of the

3    installation and all of the secondary functions.

4         Q.    And can you explain to me what that

5    quality control process entails?

6         A.    Inspecting cable routing, overall

7    workmanship, placement of the components, the

8    operation of components, all the settings are

9    correct, all the secondary functions work properly,

10   road test.

11        Q.    When you say operation and road tests,

12   does EMC do any steering capability testing?

13        A.    Capability as far as -- can you be a

14   little more specific?

15        Q.    Sure.  Does EMC, after installing the

16   AEVIT 2.0 system, assuming EMC's doing the

17   install, does EMC test the steering capability to

18   ensure that the steering capability is the same as

19   the original equipment from Ford?

20        A.    Yes, we do.  Yes, we do.

21        Q.    And the same question for the braking.

22   After installing the EMC AEVIT system, assuming

23   EMC does the installation, does EMC test the

24   braking functionality to ensure that it is the

25   same or better than the original equipment

Philip A. Nuza

```
 1      manufacturer braking capability?

 2           A.     Yes, we do.

 3           Q.     Okay, and where is the documentation of

 4      that maintained?

 5                  MR. PALERMO:  Okay.

 6           A.     It would be in the customer folder.

 7    BY MR. LAMBERT:

 8           Q.     So when EMC does not do the install,

 9      EMC cannot ensure that that testing has been done?

10                  MR. PALERMO:  Object to form of the

11      question.

12           A.     We cannot ensure it, but we require the

13      dealer to ensure it, and they sign off on it.

14    BY MR. LAMBERT:

15           Q.     What documents can you point to in the

16      McKinney file that confirm that testing was done?

17           A.     I believe it's the warranty validation

18      form.

19                  MR. PALERMO:  Palmer, you want me to

20      get the form?

21                  MR. LAMBERT:  No, that's okay, we'll

22      get to it in a minute.

23                  MR. PALERMO:  Okay.

24                  MR. LAMBERT:  I know the form you're

25      talking about.
```

Philip A. Nuza

1    system?

2         A.    No.

3         Q.    If there are design changes made to the

4    AEVIT 2.0 system, does any regulatory body have to

5    approve those changes?

6              MR. PALERMO:  Object to form.

7         A.    No.

8    BY MR. LAMBERT:

9         Q.    And when I say regulatory body, I'm

10   talking about local, state or federal regulatory

11   officials.

12             MR. PALERMO:  Same objection.

13        A.    No.  They -- they entrust that you're

14   doing the right thing.

15   BY MR. LAMBERT:

16        Q.    All right.  So I've switched the page

17   here to page 4 of the notice, and this is a number

18   of topics listed under testing of the AEVIT

19   system.  And I want to ask you if you know what

20   failure mode and effects analysis means?

21        A.    Yes.

22        Q.    Okay.  What does that mean to you?

23        A.    What could cause a failure and what

24   effect -- what the failure would be and the effect

25   it would have on the system.

Philip A. Nuza

```
1          Q.      And who at EMC performs failure mode

2    and effects analysis?

3          A.      We -- we are always working with the

4    AEVIT system in one of our own test vehicles here.

5    So it's not -- it's not an official -- it's not

6    documented in any official capacity, but we're

7    always -- we're always playing with the system,

8    seeing what we can or cannot break.

9          Q.      And which department of EMC does that?

10         A.      That would be the service department.

11         Q.      Okay.  Prior to the rolling out of the

12   AEVIT 2.0 system in 2008, were there any failure

13   mode and effects analysis documenting by EMC?

14         A.      No.

15         Q.      At any time with the AEVIT system,

16   going back to its prior versions, were failure

17   mode and effects analysis documented by EMC?

18         A.      Not to my knowledge.

19         Q.      For No. 14, crash tests conducted by

20   and/or for EMC relating to potential failure of

21   the AEVIT system and the results of those tests,

22   are you aware of any crash tests conducted by EMC?

23         A.      No, I'm not.

24         Q.      EMC is aware, though, of recent

25   technology improvements on collision avoidance,
```

Philip A. Nuza

```
 1     cause of the adverse event?

 2               MR. PALERMO:  Object to form of the

 3     question.

 4          A.    It would be -- it would definitely be

 5     the service department.

 6     BY MR. LAMBERT:

 7          Q.    Okay.  And is there a centralized

 8     system for analyzing adverse events?

 9               MR. PALERMO:  Object to form of the

10     question, no foundation.

11          A.    Analyzing, no.  If there's something

12     occurring, it would be typically an RA issue,

13     return authorization.  And that would definitely

14     fall under me because I've got my finger on the

15     pulse of the service department and I see every RA

16     that comes through there.  And if I were to see,

17     oh, wait a second, I notice this happened again, I

18     notice this happened again, that would raise some

19     concern, and I would definitely look into it.

20     BY MR. LAMBERT:

21          Q.    Okay, so you're oversight over all of

22     the RAs, basically?

23          A.    Yes.

24          Q.    Is there a database that you use to

25     accumulate adverse events, or to record them, to
```

Philip A. Nuza

1      look for such trends in failures?

2                    MR. PALERMO:   Object to form of the

3      question.

4           A.    No, the only database we use would be

5      our return authorization database.

6      BY MR. LAMBERT:

7           Q.    So just for example, if -- take any

8      code is happening in 200 of the 300 vehicles that

9      were sold in one year, unless you pick it out in

10     your oversight of the RAs, there's no centralized

11     report where we can look at that?

12                    MR. PALERMO:   Object to form.

13          A.    No.  And if that were happening, my

14     people on the front lines on the phones, I'm sure

15     they would be knocking on my door saying, what are

16     we doing about this.

17     BY MR. LAMBERT:

18          Q.    I think we discussed already that EMC

19     was maintaining vehicle specific files for each

20     vehicle that has one of these AEVIT systems, is

21     that right?

22          A.    That is correct.

23          Q.    In that file, would there be any way to

24     know how many times EMC was contacted about that

25     particular vehicle?

Phillip A. Nuza

1      the vehicle meets federal motor vehicle safety

2      standards in the manual?

3                  MR. PALERMO:  Object to form of the

4      question.

5           A.     No, what I'm saying is that AEVIT meets

6      all requirements that it needs to meet.

7    BY MR. LAMBERT:

8           Q.     Okay, what are those requirements?

9           A.     They're in the manual, we can go over

10     them.

11          Q.     Okay.

12          A.     All SAD and --

13          Q.     Where are they in the manual?

14                 MR. PALERMO:  Do you mind if I give him

15     the paper version?

16                 MR. LAMBERT:  Sure.  Why don't we go

17     off the record for a minute while you look, and

18     you all can take a break if you need one.

19                 THE VIDEOGRAPHER:  The time is now

20     3:31.  Off the record.

21                 (Recess taken.)

22                 THE VIDEOGRAPHER:  The time now is

23     3:37 p.m., back on the record.

24   BY MR. LAMBERT:

25          Q.     All right, Mr. Nuza, I had asked you to

Phillip A. Nuza

```
 1      look for the place in the manual where EMC

 2      certifies as to the compliance with applicable

 3      safety standards.  Have you been able to locate

 4      that?

 5          A.      Yes, I have.

 6          Q.      Okay.  What page is that?

 7          A.      Page M 5-3, EMC marker, EMC 00746.

 8          Q.      Okay, let me see if I can find that.

 9      Tell me again the EMC number.

10          A.      It's EMC 00746.

11          Q.      Okay.  All right.  This is the EMC

12      installation guide for 2009 through '14 Ford E

13      series, is that right?

14          A.      Yes, it is.

15          Q.      Okay, and the first page is EMC 00678,

16      and we're looking for 746.

17                  All right, so this is a listing of the

18      industry standards that --

19          A.      Yes, it is.

20          Q.      -- EMC certifies?  Go ahead.

21          A.      Yes, it is.

22          Q.      And it says the installation of all EMC

23      products, as well as the performance of the

24      modified vehicle shall comply with all applicable

25      Society of Automotive Engineering Standards, SAE,
```

Philip A. Nuza

```
1       all applicable federal motor vehicle safety

2       standards, FMVSS, and all ECE regulations,

3       European standards.

4               The SAE standards include, but are not

5       limited to, and then it's got a list.  The FMVSS

6       standards include, but are not limited to, and

7       then a list and then ECC regulations include but

8       are not limited to, and then another list.

9               So this is -- this is a goal, right?

10              MR. PALERMO:  Object to the form.

11         A.    What do you mean, a goal?  No, those --

12  BY MR. LAMBERT:

13         Q.    What I'm trying to understand is

14      this -- this document, this appendix to the

15      installation guide says that the installation of

16      the EMC products shall comply with these

17      standards, is that right?

18         A.    That is correct.

19         Q.    So where is it that EMC certifies and

20      tests the vehicle to ensure that it still complies

21      with these standards?

22         A.    Well, we would have to go through these

23      individually.

24         Q.    All right, maybe I'm not being clear

25      with my question.  This is a document that
```

Phillip A. Nuza

1       pertains to the installation guide for the Ford

2       2009 through '14 E series, right?

3            A.      Yes.

4            Q.      This is not a document that pertains

5       specifically to Mr. McKinney's van alone, is it?

6            A.      No.

7            Q.      So where is there a document from EMC

8       or Superior or anybody else that says that

9       Mr. McKinney's van has been tested post

10      modification and it still meets the standards?

11           A.      There isn't.  This document says that

12      we meet these standards.

13           Q.      How do you know that?

14           A.      Well, you can just start running

15      through some of these lines.  I mean, the J 1625.

16      I mean, I'm sure it's more than just that one line.

17      We'd have to look that standard number up and then

18      I could probably give you a better answer to the

19      question.

20           Q.      Well, let me pick one out.  FMVSS 102,

21      transmission shift lever sequence, starter

22      interlock, and transmission braking effect.

23                   How does EMC know that the system that

24      Superior installed in the McKinney vehicle still

25      meets federal motor vehicle safety standard 102?

Philip A. Nuza

```
 1          A.     Because EMC will not ship the vehicle

 2     until it sees the brake light signal, so that would

 3     be the shift interlock.

 4          Q.     All right.  And this one, 135, light

 5     vehicle brake systems, what is that regulation?

 6          A.     We'd have to look that regulation up, I

 7     don't know off the top of my head.

 8          Q.     Okay.  How would EMC certify that the

 9     vehicle, for example, still meets the minimum

10     braking requirements of the federal motor vehicle

11     safety standards after Superior installed the EMC

12     AEVIT system in the McKinney vehicle?

13               MR. PALERMO:  Object to form.

14          A.     Well, if it was installed properly per

15     the instructions, it should meet that standard.

16  BY MR. LAMBERT:

17          Q.     We don't know though, do we?

18               MR. PALERMO:  Object to form.

19          A.     No, we don't know.

20  BY MR. LAMBERT:

21          Q.     And there's no document from EMC or

22     Superior that would tell us that, right?

23          A.     Not that I've seen.

24          Q.     Okay.

25               MR. LAMBERT:  The next document that
```

Philip A. Nuza

```
1              A.      That is correct.

2              Q.      No. 36, reporting requirements from

3       downstream vendors of the AEVIT system, including

4       reporting of adverse events, system failures and

5       component failures.  I think we've -- we've

6       already discussed that ad nauseam.

7                      But there's no -- there's no EMC policy

8       or directive to its EMC dealers for reporting of

9       adverse events, system failures or component

10      failures?

11                     MR. PALERMO:  Object to form.

12             A.      No, there's not.

13      BY MR. LAMBERT:

14             Q.      37, communications sent by EMC to

15      Superior concerning the safety of the AEVIT

16      system.  Is there anything that you're aware of

17      that has not been produced that's responsive to

18      that topic?

19             A.      No, not at all.

20             Q.      No. 38, correspondence, e-mails,

21      agreements, contracts, memoranda or other

22      documents between EMC and Superior set out,

23      pertaining to, or relate to the selling or

24      distribution of the AEVIT system in the subject

25      vehicle from EMC to Superior Van & Mobility.
```

Philip A. Nuza

```
1      you see that the motor is appropriately following

2      the input of the driver?

3           A.    I do.  And if you notice, they're not

4      laying all right over top of each other.  You have

5      a separation between the motor and the input.

6           Q.    I see that.

7           A.    Okay.  That's because in -- in menus,

8      in the setup of the gas/brake you can choose direct

9      response, and if it was set on that, they would be

10     right on top of each other.

11              But what it does, this allows the

12     adjustability to the client to where they can

13     desensitize or make it more sensitive -- that's why

14     you have that separation in the graph.  But as you

15     can see, it's following perfectly.  And that will

16     make more sense when we look at the steering.

17          Q.    Okay.  Can you tell from this chart if

18     Mr. McKinney pulled all the way back on the

19     gas/brake lever to fully depress the brake, or

20     only partially?

21          A.    He pulled almost -- I'd say it looks

22     like a little more than 75 percent.

23          Q.    All right.  You wanted to look at the

24     steering, and I'm going to try to find that here.

25          A.    There it is.
```