UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBIN MCKINNEY, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 20-1169 |
| SUPERIOR VAN & MOBILITY, LLC, ET AL. | SECTION: "I"(5) |

**ORDER ON MOTION**
**JANUARY 4, 2021**

APPEARANCES:

MOTION:

(1) Plaintiff's Motion to Compel Discovery (Rec. doc. 27).

_____ : Continued to

_____ : No opposition.

\_\_1\_\_ : Opposition.

**ORDERED**

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_1\_\_ : Granted. First, Defendant's initial response to the subject requests for production is improper, as it is comprised entirely of general and boilerplate objections, which are wholly ineffective. *See*, *e.g.*, *McLeod, Alexander, Powel & Apffel, v. Quarles*, 894 F.2d 1482, 1485 (5th Cir. 1990). For instance, Defendant has failed to specify in its objection why the request is "irrelevant" or how it is "not proportional to the needs of this matter," as required by the Federal Rules. Moreover, the request does, in fact, appear to seek information that is arguably relevant and therefore discoverable. (The Court takes no position herein on the ultimate admissibility of the information sought). The documents sought in the subject request shall be produced no later than January 15, 2021.

      :   Denied.

      :   Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE