MINUTE ENTRY
AFRICK, J.
May 4, 2021
JS-10 00:40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBIN MCKINNEY, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                              **No. 20-1169**

**SUPERIOR VAN & MOBILITY,**                            **SECTION I**
**LLC, ET AL.**

## ORDER

On this date, the Court held a telephonic pretrial conference in this case with counsel for all parties participating. The Court discussed the parties' proposed pretrial order in detail. As discussed during the conference, and as ordered below, the parties are to submit a revised pretrial order that considers the Court's comments made during the pretrial conference.

The Court discussed with counsel a particular item listed under the "Contested Issues of Law" section of the pretrial order: "Whether the requirements in FMVSS apply to EMC and/or Superior."[1] Counsel confirmed that this issue has not yet been before the Court on the motion of any party. Consequently, the Court will order supplemental briefing on this issue, per the briefing schedule noted below.

The Court also discussed whether the plaintiffs may introduce evidence of prior accidents and lawsuits involving defendant Electronic Mobility Controls ("EMC").

---

[1] R. Doc. No. 24, at ¶ jj.

The Court noted that it dismissed EMC's motion *in limine* to categorically exclude such evidence, without prejudice to its being re-urged at trial. To assist the Court in resolving this evidentiary issue, counsel shall file supplemental briefing, per the briefing schedule noted below.

Finally, the Court set new dates for the pretrial conference and trial, and it coordinated with U.S. Magistrate Judge North's chambers to reconvene a settlement conference.

Pursuant to the discussion during the conference,

**IT IS ORDERED** that the final pretrial conference is **CONTINUED** to **WEDNESDAY, JULY 21, 2021 at 8:30 A.M.**

**IT IS FURTHER ORDERED** that the trial is **CONTINUED** to **MONDAY, AUGUST 23, 2021 at 8:30 A.M.** The trial is expected to last no more than five days.

**IT IS FURTHER ORDERED** that the parties shall submit, no later than **MONDAY, JULY 19, 2021 at 4:30 P.M.**, a revised pretrial order.

**IT IS FURTHER ORDERED** that, no later than **WEDNESDAY, JULY 7, 2021,** the defendants (either jointly or separately) shall file a memorandum that addresses whether the requirements in FMVSS apply to EMC and/or defendant Superior Mobility and Controls ("Superior"). No later than **WEDNESDAY, JULY 14, 2021,** the plaintiffs shall file a memorandum in response.

**IT IS FURTHER ORDERED** that, no later than **WEDNESDAY, JULY 7, 2021**, the plaintiffs shall file a memorandum advocating for the admissibility of evidence relating to prior accidents and lawsuits involving EMC; the memorandum

must describe the evidence with particularity (*i.e.*, what form the evidence will take, for what purpose it is offered, how the evidence may be limited to minimize the risk of unfair prejudice, etc.). No later than **WEDNESDAY, JULY 14, 2021,** the defendants (either jointly or separately) shall file a memorandum in response.

New Orleans, Louisiana, May 4, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**